[No. 19993-9-II.    Division Two.    March 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL D. RECK, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 95-1-00130-9, Joel M. Penoyar, J., entered October 6, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Hunt, JJ.

[No. 20018-0-II.    Division Two.    March 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE L. REYES-CUEVAS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 95-1-00458-7, Milton R. Cox, J., entered September 29, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 20127-5-II.    Division Two.    March 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES CAMPBELL, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-8-01587-4, Scott Neilson, J. Pro Tem., entered November 13, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Morgan, J.

[No. 20147-0-II.    Division Two.    March 14, 1997.]

ANTHONY CHAVEZ, ET AL., *Respondents*, v. DULSI CORP., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-2-02876-0, Robert L. Harris, J., entered October 27, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Seinfeld, J.